SQUIRE, SANDERS & DEMPSEY (US) LLP
30 Rockefeller Center, 23rd Floor
New York, New York 10112
(212) 872-9800
Robert A. Wolf, Esq. (robert.wolf@ssd.com)

Substitute General Counsel to the Chapter 7 Trustee

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

In re :
:
KOLLEL MATEH EFRAIM, LLC a/k/a MATEH :
EPHRAIM, LLC, a/k/a KOLEL MATEH EFRAIM, :
:
Debtor. :
------------------------------------ x
ROBERT L. GELTZER, as Chapter 7 : 10 Civ. 7123 (PAE)
Trustee of the Estate of the Debtor KOLLEL MATEH :
EFRAIM, LLC, a/k/a MATEH EPHRAIM LLC, a/k/a :
KOLEL MATEH EFRAIM, :
:
Plaintiff, :
:
v. :
:
KOLLEL MATEH EFRAIM, LLC a/k/a MATEH :
EPHRAIM, LLC, a/k/a KOLEL MATEH EFRAIM, :
:
Defendants. :
:
------------------------------------ x

## SCHEDULING ORDER

Pursuant to the pre-trial conference respecting the above-captioned adversary proceeding conducted before this Court on November 22, 2011, it is hereby

**ORDERED**, that the parties' joint pre-trial order shall be filed with the Court on or before January 23, 2012; and it is further

145858.1/103032.00002

2

**ORDERED**, that the parties shall be ready to commence the trial of this adversary proceeding on May 7, 2012, provided, however, that the Court reserves the right to direct the parties, on at least seven (7) days prior notice, to appear for commencement of the trial on such earlier date as shall become available to the Court.

Dated: New York, New York
~~November __, 2011~~
Dec. 1, 2011

Paul A. Engelmayer
**HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE**