UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                    :
KOLLEL MATEH EFRAIM, LLC, a/k/a Mateh Efraim, :
LLC, a/k/a Kolel Mateh Efraim,                           :
                                                         :
                         Debtor.                         :
---------------------------------------------------------:
ROBERT L. GELTZER, *as Chapter 7 Trustee of the*         :      10 Civ. 7123 (PAE)
*Estate of Debtor Kollel Mateh, LLC*,                    :
                                                         :      ORDER
                         Plaintiff,                      :
                -v-                                      :
                                                         :
KOLLEL MATEH EFRAIM, LLC, a/k/a Mateh Efraim, :
LLC, a/k/a Kolel Mateh Efraim, and KOLEL MATEH :
EFRAIM, *a religious corporation*,                       :
                                                         :
                         Defendants.                     :
------------------------------------------------------------X

SCHEDULING ORDER REGARDING TRUSTEE'S INTENDED
MOTION UNDER FEDERAL BANKRUPTCY RULE 9019 FOR APPROVAL
OF STIPULATION OF SETTLEMENT OF THE ABOVE-CAPTIONED
ADVERSARY PROCEEDING

PAUL A. ENGELMAYER, District Judge:

WHEREAS, Robert L. Geltzer, Esq., as Chapter 7 Trustee (the "Trustee") of the debtor Kollel Mateh Efraim, LLC, a/k/a Mateh Ephraim LLC, a/k/a Kolel Mateh Efraim (the "Debtor"), and, as Trustee, the plaintiff in the above-referenced adversary proceeding (the "Adversary Proceeding"), and Kolel Mateh Efraim, the defendant (the "Defendant") in the Adversary Proceeding, have entered into a Stipulation of Settlement fully resolving the Adversary Proceeding; and

WHEREAS the Trustee intends to make a motion before this Court under Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Rule 9019 Motion"), seeking this Court's approval of the Stipulation of Settlement; and

WHEREAS pursuant to Rule 2002(a)(3) of the Federal Rules of Bankruptcy Procedure, the Trustee must give at least 21 days' notice to the Debtor and all creditors of the Debtors' bankruptcy estate of the hearing before this Court on the Rule 9019 Motion; it is hereby

ORDERED, that the Trustee shall serve and file the Rule 9019 Motion on or before May 16, 2012; and it is further

ORDERED, that the hearing before this Court on the Rule 9019 Motion shall take place on June 14, 2012 at 4:00 p.m. in Courtroom 18C at the U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: May 3, 2012
      New York, New York