UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re                                 :
                                      :
KOLLEL MATEH EFRAIM, LLC a/k/a MATEH  :
EPHRAIM, LLC, a/k/a KOLEL MATEH       :
EFRAIM,                               :
                                      :
                    Debtor.           :
------------------------------------- x  10 Civ. 7123 (PAE)
ROBERT L. GELTZER, as Chapter 7       :
Trustee of the Estate of Debtor KOLLEL MATEH :
EFRAIM, LLC, a/k/a MATEH EPHRAIM LLC, :
a/k/a KOLEL MATEH EFRAIM,             :
                                      :  (Chapter 7 Case No. 04-16410
                    Plaintiff,        :  [SMB] Bankruptcy Ct. SDNY)
                                      :
         v.                           :  (Adv. Proc. No. 07-02052 [SMB]
                                      :  Bankruptcy Ct. SDNY)
KOLLEL MATEH EFRAIM, LLC a/k/a MATEH  :
EPHRAIM, LLC, a/k/a KOLEL MATEH EFRAIM :
and KOLEL MATEH EFRAIM,               :
                                      :  AFFIDAVIT OF SERVICE
                    Defendants.       :
                                      :
------------------------------------- x

STATE OF NEW YORK    }
                     }s.s.:
COUNTY OF NEW YORK   }

PATRICIA BRADLEY, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Teaneck, New Jersey;

that on the 16th day of May, 2012, I caused to be served the following:

**NOTICE OF MOTION AND TRUSTEE'S MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR AN ORDER APPROVING STIPULATION OF SETTLEMENT BETWEEN PLAINTIFF ROBERT L. GELTZER, AS CHAPTER 7 TRUSTEE AND DEFENDANT KOLEL MATEH EFRAIM, WITH EXHIBITS THERETO**

NEWYORK/150497.1

upon the parties listed on the attached service list by depositing a true copy of same, enclosed in a pre-paid, properly addressed wrapper in an official depository of the U.S. Postal Service for delivery via First Class.

_____
Patricia Bradley

Sworn to before me this
16th day of May 2012

_____
Notary Public

JOSEPH R. PARILLA
Notary Public, State of New York
No. 01PA5082392
Qualified in Richmond County
Certificate filed in New York County
Commission Expires July 28, 2013

NEWYORK/150497.1

# SERVICE LIST

**Office of the United States Trustee**
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Maskil El-Dal Incorporated**
1526 52nd Street
Brooklyn, New York  11219-3909

**SOS Communications**
1281 36th Street
Brooklyn, New York  11218-3001

**Kevin R. Toole**
Thaler & Gertler, LLP
90 Merrick Avenue
Suite 400
East Meadow, NY 11554

**Typewrite Word Processing Services**
356 Eltingville Boulevard
Staten Island, New York  10312-2425

**All Refrigeration and Equipment**
44 New Utrecht Avenue W
Brooklyn, New York  11219

**NYS Dept. of Taxation and Finance**
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0300

**United States Attorney**
**Southern District of New York**
One St. Andrews Plaza
New York, New York  10007-1701

**NYC Dept. of Finance**
Taxpayer Identification Unit
25 Elm Place, 3rd Floor
Brooklyn, New York  11201-5826

**Law Offices of David Carlebach, Esq.**
40 Exchange Place
New York, New York  10005-2701
Attention:      David Carlebach, Esq.

**SCOTT A. ROSENBERG P.C.**
900 Merchants Concourse, Suite 208
Westbury, New York 11590
(516) 877-7205
Attention:      Kevin Toole, Esq.

**NYS Dept. of Unemployment Insurance Fund**
P.O. Box 551
Albany, New York  12201-0551

**NYC Dept. of Finance**
Legal Affairs
345 Adams Street, 3rd Floor
Brooklyn, New York  11201-3719
Attention:      Devora Cohn

**Jack Lefkowitz**
751 Second Avenue
New York, New York 10017

| | |
|---|---|
| **Thomas Genova, Esq.**<br>Genova & Malin<br>1136 Route 9<br>Wappingers Falls, NY 12590 | **Sullivan West Central<br>School Tax Collector**<br>P.O. Box 2757<br>Syracuse, New York 13220 |
| **Backenroth Frankel & Krinsky, LLP**<br>489 Fifth Avenue<br>New York, New York 10017-6109<br>Attention:   Scott Krinsky<br>              Mark A. Frankel | **Eileen Hennessy**<br>Tax Collector<br>295 Mohn Road<br>Narrowsburg, New York  12764 |
| **MEW Equity, LLC**<br>c/o Martin Edward Management, LLC<br>8313 Bay Parkway, Lower Level<br>Brooklyn, New York  11214-2667 | **G.E.M. Auction Corporation**<br>499 Van Brunt Street, Suite 4B<br>Brooklyn, New York  11231 |
| **Rabbi Abraham Steinwurzel**<br>1264 56th Street<br>Brooklyn, NY 11219 | **Menachem Simon**<br>Kolel Mateh Efraim<br>5308 13th Avenue<br>Brooklyn, NY 11219 |
| **Stuart A. Blander, Esq.**<br>Heller, Horowitz & Feit, P.C.<br>292 Madison Avenue<br>New York, NY 10017 | **Isaac Nutovic, Esq.**<br>Nutovic And Associates<br>488 Madison Avenue, 16ht Floor<br>New York, NY 10022 |