UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KOLLEL MATEH EFRAIM, LLC, a/k/a Mateh Efraim, :
LLC, a/k/a Kolel Mateh Efraim, :
: 10 Civ. 7123 (PAE)
            Debtor. :
-----------------------------------------------------------------: ORDER REFERRING
ROBERT L. GELTZER, *as Chapter 7 Trustee of the* : CASE TO BANKRUPTCY
*Estate of Debtor Kollel Mateh, LLC*, : COURT
:
            Plaintiff, : Chapter 7 No. 04-16410
    -v- : (SMB) Bankr. Ct. S.D.N.Y.
:
KOLLEL MATEH EFRAIM, LLC, a/k/a Mateh Efraim, : Adv. Proc. No. 07-02052
LLC, a/k/a Kolel Mateh Efraim, and KOLEL MATEH : (SMB) Bankr. Ct. S.D.N.Y.
EFRAIM, *a religious corporation*, :
:
            Defendants. :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Trustee having submitted a motion pursuant to Federal Rule of Bankruptcy Procedure 9019 for an order approving the stipulation of settlement between the parties, the Court hereby reinstates the reference of this matter to the United States Bankruptcy Court for the Southern District of New York.

The parties are directed to contact the Hon. Stuart M. Bernstein, Bankruptcy Judge of the Southern District of New York, to re-schedule the hearing on the motion, previously scheduled for June 14, 2012.

The Trustee is further directed to serve all submissions pertaining to the Rule 9019 motion and notice of the hearing on the motion to Helen-May Holdings, Inc. and Irene Griffin, plaintiffs in the adversary proceeding.

1

The Clerk of Court is directed to reinstate the reference of this matter to the Bankruptcy Court for the Southern District of New York.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: May 24, 2012
New York, New York